UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:08-CR-00117 |
| | ) CHIEF JUDGE HAYNES |
| PATRICK SMITH | ) |

*[Handwritten annotations: "Duval" / "This motion is GRANTED" / signature / "10-17-12"]*

## AGREED MOTION FOR REVOCATION OF SUPERVISED RELEASE

The parties request that the Court approve this agreed motion regarding Defendant Patrick Smith's revocation of supervised release.

The government has charged Smith with violating four conditions of his supervised release, viz., using a controlled substance, failing to maintain residency in a halfway house, committing a criminal offense, and failing to follow the prescribed medical protocol. (D.E. 55, Petition.) Smith concedes those violations. Due to Smith's commission of a criminal offense, he has been convicted and sentenced in State court in Case No. 2012-I-819. He has been sentenced to serve three years.

In light of these circumstances, the parties have agreed that the appropriate response to his violations is to order that Smith serve nine months concurrent with his State sentence in No. 2012-I-819, to be followed by two years of supervised release.

Undersigned counsel has presented this agreed motion to counsel for the government, Lynne Ingram, and she agrees with the motion and the terms set forth herein. Likewise the Probation Office is in agreement. Accordingly, Smith, with the agreement of the government, respectfully requests that the Court enter the attached order.