UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-00117 |
| | ) | CHIEF JUDGE HAYNES |
| PATRICK SMITH | ) | |

## ORDER

On consideration of the Agreed Motion for Revocation of Supervised Release, the Court FINDS that Patrick Smith violated his conditions as charged in the Petition filed on June 27, 2012. The Court ORDERS that Smith serve a prison sentence of nine months. The Court ORDERS that the nine-month sentence be served concurrently with his sentence in State court in Case No. 2012-I-819. The Court ORDERS that, following service of his sentences, Smith be placed back on federal supervised release for a term of two years under the same conditions as previously.

It is so ORDERED.

ENTERED this 17th day of October, 2012

WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE